United States District Court
for the District Of New Jersey

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>v.<br><br>ALSOL CORPORATION; SB BUILDING ASSOCIATES, LIMITED PARTNERSHIP; SB BUILDING GP, L.L.C.; UNITED STATES LAND RESOURCES, L.P.; UNITED STATES REALTY RESOURCES, INC.; LAWRENCE S. BERGER; 3.60 ACRES OF LAND<br><br>        Defendants. | Civil No.: 13-0380 (KSH)<br><br><br>**Order** |

This matter having come before the Court on the government's motion for an order exempting the *in personam* portion of this suit from the automatic bankruptcy stay [D.E. 7] and defendants' Fed. R. Civ. P. 55(c) motion to vacate the default entered by the Clerk of this Court on April 26, 2013 [D.E. 14], and for the reasons expressed in the accompanying opinion [D.E. 19],

**IT IS**, on this 2d day of January, 2014,

**ORDERED** that the government's motion [D.E. 7] is granted. The *in personam* action against the debtor defendants is not subject to the bankruptcy code's automatic stay and will be allowed to proceed. However, any judgment against the bankrupt defendants must be enforced through the bankruptcy process. And it is further

**ORDERED** that defendants' motion to vacate the default [D.E. 14] is granted. The April 26, 2013 default is set aside. Defendants are *required* to file their answer or responsive pleading

within ten (10) days of the entry of this order. Should they fail to do so, the government may request that default be reinstated as to the named defendants and move for default judgment pursuant to Fed. R. Civ. P. 55.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.